**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| TAMARA GREEN, et al., | : | |
|     Plaintiffs, | : | |
| | : | CIVIL ACTION |
| v. | : | NO. 16-mc-2 |
| | : | |
| WILLIAM H. COSBY, JR., | : | |
|     Defendant. | : | |

**ORDER**

**AND NOW**, this _21st_ day of ___March, 2016, it is **ORDERED** that:

- William H. Cosby, Jr.'s Motion to Quash a Subpoena (ECF No. 1) is **GRANTED in part** and **DENIED in part** as follows:

    o Cosby's motion to quash is **DENIED** as to materials in Troiani's case file pertaining to Plaintiffs and the other witnesses,[1] excluding attorney-client communication and attorney work-product.

    o Cosby's motion to quash is **GRANTED** as to the Confidential Settlement Agreement and General Release and materials in Troiani's case file that do not pertain to Plaintiffs or the other witnesses.

- The Motion to Quash or Modify of American Media, Inc. (ECF No. 10) is **GRANTED**.

- Troiani **MUST NOT DISCLOSE** any portion of the case file until further order of the Court.[2]

                                              s/Anita B. Brody

                                              _____
                                              ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:                             Copies **MAILED** on _____ to:

---

[1] Consistent with the memorandum, the other witnesses refers to women who accused Cosby of sexual assault and were investigated as potential witnesses in the *Constand* Litigation.

[2] A review of Troiani's entire case file is necessary to determine the portions of the file that should be disclosed consistent with the subpoena, the memorandum, and this order.

1